IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSEANNE V. JOHNSON, | ) | |
| | ) | Case No. 8:05CV300 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Roseanne V. Johnson's ("plaintiff") motion for attorney fees and costs, Filing No. 22, 23, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (2006).  Pursuant to sentence four of 42 U.S.C. § 405(g), the court entered an order and judgment reversing the Administrative Law Judge and awarding the plaintiff Social Security benefits.  Filing No. 20, 21.  Thereafter, plaintiff filed this motion for attorney fees with accompanying exhibits.  Filing No. 22.  Plaintiff requests compensation for 20.80 hours of attorney time, for a total of $3,390.40.  The defendant has not filed a response.  Plaintiff further requested reimbursement for the filing fee cost of $250.00, and filed a bill of costs with this court.  Filing No. 23.  The defendant has not filed any objections and the Clerk of Court filed a taxation of costs including the $250.00 in the judgment.  Filing No. 25.  The court has carefully reviewed the record and in particular, the itemized amounts set forth in the Exhibit A.  *See* Filing No. 22.  The court concludes that plaintiff is a prevailing party and that the amount of $3,390.40 is reasonable.

THEREFORE, IT IS ORDERED that plaintiff's motion for attorney fees, Filing No. 22, is granted.  Plaintiff is awarded attorney fees in the amount of $3,390.40 and costs in the amount of $250.00.

DATED this 11th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge